**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II_____   **Investigating Agency** HSI_____

**City**    Dedham_____        **Related Case Information:**

**County**  Norfolk_____       Superseding Ind./ Inf.   No_____   Case No.   26-mj-1264-DLC_____

Same Defendant _____   New Defendant Yes_____

Magistrate Judge Case Number _____

Search Warrant Case Number  26-mj-1265-DLC_____

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____    ☐ Yes  ☑ No

Defendant Name    Javon Sylvester Coleman_____    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name:    J-Dott_____

Address: _____

Birth date (Yr only): 2003___   SSN (last 4#): 7870___   Sex: M___   Race _____   Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:    David Cutshall_____    Bar Number if applicable:  684891_____

**Interpreter:**   ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**   In custody_____

**Arrest Date:**   3/4/26_____

☐ Already in Federal Custody as of _____ in _____ .

☑ Already in State Custody at  Norfolk County Correctional Facility    ☐ Serving Sentence   ☑ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint     ☐ Information     ☐ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony 1____

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 5/5/2026_____   Signature of AUSA:  *David Cutshall*_____

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Javon Sylvester Coleman _____

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1513(f) | Conspiracy to retaliate against witness/informant | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM - Criminal Case Cover Sheet.pdf*  3/4/2013