<u>**AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT**</u>

I, Special Agent Joseph Shapiro, having been sworn, state:

**INTRODUCTION AND AGENT BACKGROUND**

1.    I am a Special Agent employed by the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"). I am currently assigned to the Homeland Security Task Force at HSI Boston. Prior to being assigned as a Special Agent with HSI Boston, I was assigned as a Special Agent with HSI Newark, New Jersey, from in or around March 2019 until in or around November 2023. My last assignment with HSI Newark was in the Violent Crime and Gang Group conducting investigations into local and international violent criminal organizations. Prior to being employed as a Special Agent with HSI, I was employed as a Special Agent with the United States Secret Service ("USSS") from in or around July 2016 until in or around March 2019. I also previously served in the United States Coast Guard ("USCG") from 2006 to 2014, serving as a Maritime Enforcement Specialist trained to enforce federal laws pertaining to migrant and drug interdiction. I have training and experience in conducting criminal investigations for violations of federal and state laws including, but not limited to, alien smuggling, document/benefit fraud, narcotics smuggling, child exploitation, weapons trafficking, complex financial crimes, and organized criminal activity.

2.    All dates, time and amounts set forth in this affidavit are approximate. Because this affidavit is being submitted for the limited purpose of securing the requested criminal complaint, I have not included every fact known to me concerning this investigation.

**PURPOSE OF AFFIDAVIT**

3.    I make this affidavit in support of an application for a criminal complaint charging JAVON SYLVESTER COLEMAN, a/k/a "J-Dott," (DOB: xx/xx/2003) with conspiring to kill

and/or engage in conduct to cause bodily injury to VICTIM-1, with the intent to retaliate against VICTIM-1 for providing information to a law enforcement officer relating to the commission or possible commission of a federal offense, in violation of 18 U.S.C. § 1513(f).

**PROBABLE CAUSE**

## I.    JAVON SYLVESTER COLEMAN, A/K/A "J-DOTT"

4.    Investigators are familiar with JAVON SYLVESTER COLEMAN, a/k/a "J-Dott" (DOB: xx/xx/2003).  A photograph of COLEMAN from his Massachusetts Driver's License is below.



## II.    ASSAULT ON A WITNESS

5.    VICTIM-1 is a cooperating witness in a federal criminal case that is charged and pending in the United States District Court for the District of Massachusetts. In December 2025, material related to VICTIM-1's cooperation was disclosed to defendants charged in the related federal case.

6.    In February 2026, investigators learned that VICTIM-1 was attacked at the Norfolk County Correctional Center while detained on the pending federal case. Investigators determined that the attack was based on VICTIM-1's status as a cooperating witness becoming known in the facility.

7.      A corrections officer present for the assault summarized his observations in Norfolk

County Sheriff's Office ("NCSO") Incident Report #26-0119-337:

*On Monday, 01/19/2026 I, Officer Zhang, was assigned to H1A for the 1500-2315 hrs. Shift along with my partner Officer Drain per FSC Captain K.Cosgrave. At approximately 2040hrs. I observed that I/M [VICTIM-1] was sitting on a couch watching TV. I then observed I/M Coleman, Javon come up from behind him and throw multiple closed fist strikes on the side of I/M [VICTIM-1]'s face. I/M Coleman then jumped over the couch and began choking I/M [VICTIM-1]. I then witnessed I/M [VICTIM-1] defending himself, trying to break out of the choke hold that he was in and that he was able to pull Coleman's arms away from his throat. I then proceeded to get on the portable radio and call a Code Blue H1A. This officer then gave I/M Coleman and I/M [VICTIM-1] multiple verbal commands to stop fighting. Both Inmates ignored my orders. My partner Officer Drain continued to lock down the unit. Multiple responding officers entered the unit and assisted with separating both combatants. Both inmates were restrained and escorted out of the unit without further issues. FSC Captain K.Cosgrave notified. End of report.*

8.      Captain Linskey of the NCSO further investigated this attack and wrote in Incident

Report #26-0123-398:

*The following facts have been established through the use of electronic recordings and staff documentation: On Monday, January 19, 2026hrs at 2040 hrs H1A, Inm. Coleman, Javon (cell # 27) exited cell #14, along with cell occupant Inm. [CO-CONSPIRATOR-1]. While Inm. [CO-CONSPIRATOR-1] was watching, Inm. Coleman walked quickly to the front TV seating area and punched Inm. [VICTIM-1] (cell #35) to the face, while Inm. [VICTIM-1] [was] seated. After knocking Inm. [VICTIM-1] to the ground, Inm. Coleman attempted to strangle him until officers intervened.*
*It was discovered that Inm. [CO-CONSPIRATOR-1], along with a male he had been calling, recruited Inm. Coleman to commit this assault in exchange for the monetary compensation of $250 (two hundred and fifty dollars) and a honeybun. They had agreed payment was to be made to Inm. Coleman, provided the assault was satisfactory, and when Inm, Coleman returned to a general population unit after serving a disciplinary sanction.*
*Note on Wednesday, January 21, 2026 at 1304 hrs Inm. [CO-CONSPIRATOR-1] was removed from H1A and placed in SMU. ----END OF REPORT----*

9.      Following the attack, VICTIM-1 expressed fear of being returned to the same unit

where he was attacked. This was documented in NCSO Incident Report #26-0123-398:

*On Monday January 19, 2026, I, Captain Marquez, was assigned to Zone A for the 15:00 to 23:00 shift by FSC Captain Cosgrave. At approximately 22:00, I was escorting inmate [VICTIM-1] out of SMU to H1A and asked if he could PC, Protective Custody, because*

*he believed he would have problems if he returned to H1A. I informed him that I will write a report and notify Classification of his request. Captain Cosgrave was notified. EOR*

10.    Investigators obtained surveillance videos from NCSO showing two different angles of the attack that corroborated the above statements. I watched the videos. The videos show COLEMAN punch VICTIM-1 from behind, knock VICTIM-1 to the ground, and stand over VICTIM-1 with one or both hands around VICTIM-1's throat for approximately 67 seconds.

11.    Below are screenshots from the videos depicting COLEMAN and CO-CONSPIRATOR-1 leaving a cell at the same time and COLEMAN approaching VICTIM-1 from behind, striking him and knocking him to the ground and attempting to strangle him. The attack lasted over one minute from when COLEMAN first punched VICTIM-1 until responding officers intervened.



*CO-CONSPIRATOR-1 (outlined in the yellow box) exited the cell immediately after COLEMAN (outlined in the red box). CO-CONSPIRATOR-1 broke away from COLEMAN and stood in the back while COLEMAN walked directly toward VICTIM-1.*



*VICTIM-1 (outlined in a blue redaction box) sat in the first row of chairs watching television. COLEMAN (outlined in red box) walked toward VICTIM-1.*



*COLEMAN approached VICTIM-1 from behind.*



*COLEMAN positioned himself in a "fighter's stance" and cocked his arm back, preparing to strike VICTIM-1, who was still sitting on the couch unaware of the impending attack.*



*COLEMAN punched the unsuspecting VICTIM-1 repeatedly.*



*COLEMAN repeatedly struck VICTIM-1 from behind, causing VICTIM-1 to fall to the ground.*



*COLEMAN continued to strike VICTIM-1 while VICTIM-1 was on the floor. COLEMAN put his hands around VICTIM-1's neck and strangled VICTIM-1.*

12.    To investigate the motivation behind the attack, investigators reviewed consensually recorded jail calls made by COLEMAN and CO-CONSPIRATOR-1.

**A.    ANALYSIS OF JAIL CALLS**

13.    On January 19, 2026, at approximately 8:23 p.m., CO-CONSPIRATOR-1's inmate phone account placed a phone call to CO-CONSPIRATOR-2, roughly 19 minutes prior to the

attack on VICTIM-1.[1] Investigators recognized COLEMAN's voice in the background of the call based on a comparison to known jail calls of COLEMAN. Surveillance video from the jail shows COLEMAN entering CO-CONSPIRATOR-1's cell around the time of the call.

14.    During this call, the speaker[2] said that he's going to get "yacbo"[3] and said that he has someone who wants to talk with CO-CONSPIRATOR-2 ("I got some young boy right here, he wanted talk to you real quick. Hold on, hold on."). COLEMAN is then heard on the call saying, "Yo, I'm 'bout to up that rank." Based upon my training and experience, I know that "up that rank" means to promote one's position within a gang by doing a violent act. The speaker immediately said, "He's 'bout to up that rank, you heard?"

15.    CO-CONSPIRATOR-2 asked, "Yeah, who's up in there?" and the speaker responded that there is an individual who provided information to law enforcement – i.e., a "rat" ("Uh, a little Rat—Ratatouille"). When CO-CONSPIRATOR-2 didn't understand, the speaker elaborated ("remember that Disney movie, n*gga, Ratatouille, you heard?") and used another movie reference for a rat ("Stuart Little"). COLEMAN then continued the conversation as follows.

| PARTICIPANT | TRANSCRIPTION |
|---|---|
| COLEMAN: | Yo. |
| CO-CONSPIRATOR-2: | What's the word, gang? |
| COLEMAN: | Yeah, I'm chilling right now; I'm 'bout to up my rank. |
| CO-CONSPIRATOR-2: | Yeah, you gotta handle a little bit of maintenance? |
| COLEMAN: | Yeah. |
| CO-CONSPIRATOR-2: | A'ight, say no more, n*gga. I mean, just do what you gotta do, just make sure you perform. |

[1] The call was saved as an audio file titled "10.36.234.51-d8ff0eed0a24ea33699ba3a3b3dbfde7." The call lasted approximately 14 minutes. The NCSO has advised that there may be some deviation between the timestamp on jail calls and real time.

[2] Investigators are working to verify the identities of all speakers during this call.

[3] Based on my training and experience, this is a generic slang term sometimes used by gang members to refer to fellow gang members.

16.     The conversation shifted to different topics before returning to the attack on VICTIM-1. As indicated in the transcript below, CO-CONSPIRATOR-2 said that COLEMAN needs to punch VICTIM-1 in his mouth and not just smack him. CO-CONSPIRATOR-2 suggested finding a mousetrap and putting it on VICTIM-1's tongue. The speaker referred to the fact that COLEMAN had prepared for the fight by tucking his shirt into his pants ("you know, he took it off. He took it off. He had his pants tucked in with his shirt tucked in, too."). CO-CONSPIRATOR-2 stated that COLEMAN is "suited up." CO-CONSPIRATOR-2 later asked if they had access to a microwave and the speaker said they did. CO-CONSPIRATOR-2 said, "Tell that n*gga, tell that n*gga, warm up a honey bun for like two minutes and smack that n*gga in the face with it." This portion of the conversation follows.

| PARTICIPANT | TRANSCRIPTION |
|---|---|
| CO-CONSPIRATOR-2: | Homeboy said he's 'bout to catch his first piece of rat. |
| Speaker: | [BACKGROUND: COLEMAN: (U/I) my things, n*gga. On dawg, you are a rat. Bang! Smack (U/I).] [CHUCKLES] [BACKGROUND: COLEMAN: If he wanna fight (U/I) as soon as he says (U/I) to fight… (NOISES)] [BACKGROUND: MALE VOICES U/I] |
| CO-CONSPIRATOR-2: | Yo. Nah, don't, don't, don't tell that n*gga to, don't tell that n*gga to smack him, bro, tell that n*gga to punch him in his mouth. |
| Speaker: | [BACKGROUND: COLEMAN: (U/I).] Yo. |
| CO-CONSPIRATOR-2: | [LAUGHS] |
| Speaker: | Hey yo. [COUGHS] Hey yo. [CO-CONSPIRATOR-2] said, [CO-CONSPIRATOR-2] said don't slap him, punch him on the mouth. [CHUCKLES] [BACKGROUND: COLEMAN: (U/I).] [BACKGROUND: MALE VOICE U/I] |
| CO-CONSPIRATOR-2: | N*gga, n*gga, that n*gga, you, you wanna talk too much, right? You wanna tattletale, right? [BACKGROUND: COLEMAN: He got a whole (U/I).] [BACKGROUND: (LAUGHTER)] |
| Speaker: | Hey yo, hey yo, hey yo, go around, hey yo, listen, hey yo, listen… [BACKGROUND: VOICES U/I] go around, and yo, listen, go around his tier, right? Go around his tier and look for a mousetrap and put that shit on his tongue. [BACKGROUND: VOICES U/I] |
| Speaker: | [LAUGHS] |

| | |
|---|---|
| CO-CONSPIRATOR-2: | [LAUGHS] You gotta find, you gotta find a mousetrap, you gotta find an old school mousetrap and put it on his tongue. [BACKGROUND: MALE VOICES U/I & (LAUGHTER)] |
| Speaker: | [ASIDE: Hey yo, hey yo, just between him and [CO-CONSPIRATOR-2], [CO-CONSPIRATOR-2] said n*gga, what he needs [U/I] put a mousetrap on his tongue.] [BACKGROUND: VOICES & NOISES] Yo, hey yo, [LAUGHS] this n*gga, this n*gga said he's gonna move on him [U/I]. I was like, n*gga, the voices… [STAMMERS] [LAUGHS] [U/I]. [BACKGROUND: MALE VOICES U/I] |
| CO-CONSPIRATOR-2: | Tell that n*gga, tell that n*gga to put [U/I] on him or somethin'. |
| Speaker: | [BACKGROUND: COLEMAN: (U/I) he's a rat.] Hey yo, hey yo, hold on- what's up with this smack allegation shit? Smack allegation? [BACKGROUND:  MALE VOICE U/I] He said smack alibi. [BACKGROUND:  MALE VOICES U/I & LAUGHTER] Yo, bro. [BACKGROUND: COLEMAN: (U/I) when we come home, n*gga.] N*gga said he [U/I] voices and shit. |
| CO-CONSPIRATOR-2: | [LAUGHS] |
| Speaker: | [BACKGROUND: COLEMAN: Everywhere you go, you don't see him (U/I).] Hey yo [CO-CONSPIRATOR-2], this n*gga is ready to go. He got his… you know how [U/I] You know how you see the [U/I] n*ggas out here, walk around with their fuckin' pants inside their socks with their shirt tucked in? |
| CO-CONSPIRATOR-2: | Yeah. |
| Speaker: | [U/I] you know, he took it off. He took it off. He had his pants tucked in with his shirt tucked in, too. |
| CO-CONSPIRATOR-2: | [LAUGHS] That n*gga, that n*gga, that n*gga's suited up. |
| Speaker: | [U/I], bro. Yo, yo, he's… we activated this n*gga's ready to get his dick wet, n*gga. You heard? |
| CO-CONSPIRATOR-2: | [LAUGHS] That n*gga is a wreck [PH]. |
| Speaker: | Nah, this n*gga is overly wreck, bro. No bullshit. I don't know where the fuck n*ggas found [U/I]. |
| | [VOICES OVERLAP] |
| CO-CONSPIRATOR-2: | Hey yo, hey yo, hey yo, hey yo, hey yo, y'all got a microwave in there? |
| | [BACKGROUND: VOICES & NOISES] |
| Speaker: | Yeah. [CHUCKLES] Yeah. |
| CO-CONSPIRATOR-2: | Tell that n*gga, tell that n*gga, warm up a honey bun for like two minutes and smack that n*gga in the face with it. |
| | [BACKGROUND: MALE VOICE U/I] |
| Speaker: | [ASIDE: Yo, yo, he said, he said, warm up the honey buns for five minutes and smack 'em with it. (CHUCKLES) The honey buns, the frosted.] [BACKGROUND: COLEMAN: I mean, if you really want to (U/I) him, you fuckin'…] [ASIDE: Some hot water on |

13

| | |
|---|---|
| | them.] [BACKGROUND: COLEMAN: No, you must put some fucking (U/I)] |
| CO-CONSPIRATOR-2: | [LAUGHS] [BACKGROUND: VOICES U/I] |
| A/O: | You have one minute left. |
| CO-CONSPIRATOR-2: | Our some hot [U/I] on that n*gga. |
| Speaker: | [BACKGROUND: COLEMAN: Anything you (U/I), anything you [U/I] on his face?] [ASIDE: Yeah.] [BACKGROUND: COLEMAN: (U/I).] [ASIDE: Oh…] Hold on, yeah, we're going to have a play. I'm going to call right back. Hold on, hold on, hold on. |
| CO-CONSPIRATOR-2: | Say that. |
| Speaker: | [BACKGROUND: You know that, right?] [ASIDE: Yeah.] |
| A/O: | The caller has hung up. |
| | [END OF CONVERSATION] |

17.    CO-CONSPIRATOR-1's inmate phone account placed a call to CO-CONSPIRATOR-2 again at approximately 8:48 p.m. that day, a few minutes after the attack.[4] CO-CONSPIRATOR-2 asked the speaker what happened. The speaker said that COLEMAN said, "you're a rat!" and punched VICTIM-1 out of the chair. The conversation continued as follows.

| PARTICIPANT | TRANSCRIPTION |
|---|---|
| Speaker: | The n*gga trying to hold him back from hitting him. The n*gga, the n*gga, the n*gga J-Dott is like "You a rat," he's standing over him like, "You're a rat, you're a rat!" |
| CO-CONSPIRATOR-2: | So what? So what? So what? J-Dott just cracked him one time? Or he really try to force it? |
| Speaker: | Nah, he hit him, he hit him twice. He hit him boom. The n*gga fell. He hit him again. And then he was tryna' punch him some more. Like he like got on top of him and was ready to crush him. It looked like he was trying to choke the n*gga out. No bullshit, he was trying to crush the n*gga. But the n*gga like grabbed him and put his legs up in a fuckin fetal position and shit. |
| CO-CONSPIRATOR-2: | Yeah. So he in the box? |
| Speaker: | Yeah, yeah. |
| CO-CONSPIRATOR-2: | Damn. Free J-Dott. |
| Speaker: | [U/I] N*ggas gotta give him a honey bun before he went. |
| CO-CONSPIRATOR-2: | Now, now, now, now I gotta show him out on the crib. My n*gga J-Dott putting in the work, n*gga. |

---

[4] This call was saved as an audio file titled "10.36.232.31-d915ed200a24e81f63d8a83cc884d3bb".

18.     The speaker told CO-CONSPIRATOR-2 that, if COLEMAN really knew what he was doing, he could have "beaten the shit" out of VICTIM-1. CO-CONSPIRATOR-2 said that COLEMAN "just gotta learn how to punch the right way."

19.     On January 20, 2026, at 4:26 p.m., COLEMAN made a consensually recorded phone call to INDIVIDUAL A.[5] COLEMAN told INDIVIDUAL A that he was in "the hole," and INDIVIDUAL A asked why. COLEMAN said, "N*gga was watching TV, so I just started punching the shit out of him . . . for 250 and a honeybun." COLEMAN said the payment for the attack would be sent through Cash App.[6] I believe that COLEMAN is reporting in this call that he anticipates CO-CONSPIRATOR-1 and other gang members paying him $250 and a honeybun for attacking VICTIM-1.

### B.      INTERVIEW WITH VICTIM-1

20.     In March 2026, investigators interviewed VICTIM-1. VICTIM-1 said that both COLEMAN and CO-CONSPIRATOR-1 knew VICTIM-1 was in Norfolk County Correctional Center on a federal case. VICTIM-1 stated that two or three days prior to the attack on January 19, 2026, VICTIM-1 was alone and sitting on his bunk when CO-CONSPIRATOR-1 entered the cell and threatened VICTIM-1 with a "shank" (i.e., a jail-made knife). VICTIM-1 said that CO-CONSPIRATOR-1 told VICTIM-1 that VICTIM-1 needed to leave the block because CO-CONSPIRATOR-1 found out he was a "snitch." VICTIM-1 stated that he was afraid but did not report the incident to correctional officers for fear of being further labeled a "snitch" and because he did not want to leave the unit.

---

[5] The call was saved as an audio file titled "10.36.231.11-dd4bcb4f0a24e70b46d11bf0878efd10."

[6] I know that Cash App is a mobile banking application that allows users to transfer money electronically.

21.     VICTIM-1 stated that he had no issues with CO-CONSPIRATOR-1 or COLEMAN prior to this incident and would frequently work out with CO-CONSPIRATOR-1. VICTIM-1 said he was not as familiar with COLEMAN because COLEMAN had only been in the facility for about two weeks prior to the attack. VICTIM-1 said that COLEMAN and CO-CONSPIRATOR-1 were always together.

22.     VICTIM-1 stated that prior to the attack he had been watching television and did not suspect that he was going to be hit. VICTIM-1 said that COLEMAN attacked VICTIM-1 from behind and eventually had VICTIM-1 on the ground. VICTIM-1 said that, while VICTIM-1 was on the ground, COLEMAN put his hands around VICTIM-1's throat and strangled VICTIM-1. VICTIM-1 described the pressure of COLEMAN's hands around his throat as being consistent with COLEMAN trying to strangle him. VICTIM-1 said that, while strangling VICTIM-1, COLEMAN said, "you a rat," "you a snitch," and "everybody on the block wants you dead."

## CONCLUSION

23.     For the foregoing reasons, there is probable cause to believe that, on or about at least January 19, 2026, COLEMAN did conspire to kill and/or engage in conduct to cause bodily injury to VICTIM-1, with the intent to retaliate against VICTIM-1 for providing information to a law enforcement officer relating to the commission or possible commission of a federal offense, in violation of 18 U.S.C. § 1513(f).

Attested to under the penalties of perjury by telephone in accordance with Federal Rule of Criminal Procedure 4.1 on May __8__, 2026.

_____
Special Agent Joseph Shapiro
Homeland Security Investigations

16

Attested to by telephone in accordance with Federal Rule of Criminal Procedure 4.1 on

May ___8___, 2026.

Hon. Donald L. Cabell
Chief United States Magistrate Judge